```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                      :
WALIYYDDIN ABDULLAH,                  :
                                      :
        Plaintiff,                    : CIVIL ACTION
                                      :
     v.                               : No. 15-cv-1196
                                      :
THE SMALL BUSINESS BANKING            :
DEPARTMENT OF THE BANK OF             :
AMERICA, and THE SMALL BUSINESS       :
BANKING DEPARTMENT OF WELLS           :
FARGO BANK,                           :
                                      :
        Defendants.                   :
```

**ORDER**

AND NOW, this 5th day of May, 2015 upon consideration of Defendants' Motion to Dismiss (Doc. No. 3), and there being no timely response from Plaintiff, it is hereby ORDERED that the Motion is GRANTED pursuant to Local Rule 7.1(c). This action is hereby DISMISSED.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.