## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
WALIYYUDDIN S. ABDULLAH        :
                               :
          Plaintiff            : CIVIL ACTION
                               :
          vs.                  :
                               :
BANK OF AMERICA and            : NO. 15-CV-1196
WELLS FARGO BANK               :
                               :
          Defendants           :
```

### ORDER

AND NOW, this    10th    day of August, 2015, upon consideration of Plaintiff's Affidavit and Motion for Permission to Appeal *In Forma Pauperis* (Doc. No. 9) and it appearing to the Court that Plaintiff does not have the financial resources to pay the filing fees required to pursue his appeal, it is hereby ORDERED that the Motion is GRANTED and Plaintiff is given leave to proceed on appeal *In Forma Pauperis*.  See, Fed. R. App. P. 24(a).

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,      J.